**Order entered July 2, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00273-CV

## TEXAS INSTITUTE FOR SURGERY, L.L.P., Appellant

## V.

## ANGELA M. CARPENTER, Appellee

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. Dc-17-04230

## ORDER

Before the Court is appellee's June 29, 2018 unopposed motion for extension of time to file appellee's brief. Appellee's motion is **GRANTED**. Appellee's brief shall be filed by **July 23, 2018**.

/s/    DAVID EVANS
        JUSTICE